

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2013

No. 04-13-00498-CV

Vickie **GORDON**,
Appellant

v.

Angel **FULTON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00424
Honorable Solomon Casseb, III, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellant's Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis is DENIED AS MOOT. Costs are assessed against the party that incurred them.

It is so **ORDERED** on September 25, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2013.

_Keith E. Hottle_
Keith E. Hottle, Clerk